UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CAMERON TOMMY BEARD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:21-CV-52-TAV-DCP |
| ANDERSON COUNTY, CAPTAIN VOWELL, and CORPORAL MORRIS, | ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons expressed in the memorandum opinion and order filed this day, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its memorandum opinion and order that any appeal taken from this decision would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT